IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. SINGLETON,            )<br>                                             )<br>       Plaintiff,                       )<br>                                             )<br>   v.                                    )<br>                                             )<br>CALIFORNIA DEPARTMENT OF )<br>CORRECTIONS, et al.,            )<br>                                             )<br>       Defendants.                 )<br>_____) | No. C 11-2106 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   7/29/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Singleton106jud.wpd